IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY HEINLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-0803 |
| ) | |
| MICHAEL J. ASTRUE, ) | JUDGE LANCASTER |
| Commissioner of ) | |
| Social Security, ) | ELECTRONICALLY FILED |
| ) | |
| Defendant. ) | |

## ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs,

IT IS ORDERED that Plaintiff's counsel, Karl E. Osterhout, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Five Thousand Two Hundred dollars ($5,200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

CHIEF UNITED STATES DISTRICT JUDGE

cc: All counsel of record