IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY HEINLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-0803 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | CHIEF JUDGE LANCASTER |
| Commissioner of | ) | |
| Social Security, | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

## ORDER

On Motion of Plaintiff for attorney's fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant,

IT IS HEREBY ORDERED as follows:

1. The Court authorizes a payment in the amount of $16,157.00 in attorney's fees from Plaintiff's past-due benefits for court-related services.

2. Upon receipt of this sum, Karl E. Osterhout, Esquire, shall remit $5,200.00 directly to Plaintiff, representing the sum already paid to Karl E. Osterhout, Esquire, on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

ENTERED this 18th day of May, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE